IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM F. BILSKI, D.O., | ) | |
| | ) | No. 590, 2014 |
| Appellant, | ) | |
| | ) | |
| v. | ) | Court Below - Superior Court |
| | ) | of the State of Delaware, |
| THE BOARD OF MEDICAL, | ) | in and for New Castle County |
| LICENSURE AND DISCIPLINE | ) | Cr. No. N13A-10-005 |
| OF THE STATE OF DELAWARE, | ) | |
| | ) | |
| Appellee. | ) | |

Submitted: May 20, 2015
Decided: May 20, 2015

Before **STRINE**, Chief Justice, **HOLLAND** and **VAUGHN**, Justices.

## ORDER

This 20th day of May 2015, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated June 30, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice